Opinion by RAO, J. It was stipulated that the merchandise is the same in all material respects as the gloves which were the subject of *United States* v. *Julius Kayser & Co.* (33 C. C. P. A. 179, C. A. D. 333). The claim of the plaintiffs was therefore sustained.

BEFORE THE THIRD DIVISION, JULY 13, 1949

**No. 53390.**—John Wagner & Sons et al. *v.* United States, protests 29782–K, etc. (Philadelphia).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 53391.**—21 Brands, Inc. *v.* United States, protests 69792–K, etc. (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53392.**—21 Brands, Inc. *v.* United States, protests 77002–K, etc. (New York)

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.

**No. 53393.**—Ted Krause & Son *v.* United States, protest 143482–K (New York);

Opinion by EKWALL, J. An examination of the record disclosed that the motion to dismiss was well-founded. The motion was therefore granted.

**No. 53394.**—M. S. Walker, Inc. *v.* United States, protests 108746–K, etc. (Boston).